UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**ORDER OF REASSIGNMENT**

Pursuant to the Retirement of Judge Peter A. Nowinski, and good cause appearing therefore:

IT IS HEREBY ORDERED this action is reassigned from **Magistrate Judge** Peter A. Nowinski to **Magistrate Judge** Edmund F. Brennan for all purposes.

The new case number for this action, which must be used on all future documents filed with the court, is reflected on the Notice of Electronic Filing accompanying this order. All dates currently set in this reassigned actions shall remain pending subject to further order of the court.

Dated:  **June 3, 2011**

ANTHONY W. ISHII, Chief
United States District Judge