McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:96-MJ-00048 |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| MARK ANTHONY SMITH, | |
| Defendant. | |

The United States' motion to dismiss without prejudice the complaint charging a violation of 18 USC 1073, Unlawful Flight to Avoid Prosecution, and its associated arrest warrant, all in the above referenced case, 2:96-MJ-00048, against MARK ANTHONY SMITH is GRANTED.

DATED: February 27, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1